NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SONOVA AG,**
*Appellant*

**v.**

**MED-EL ELEKTROMEDIZINISCHE GERATE GMBH,**
*Appellee*

_____

2022-1865

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00023.

_____

**JUDGMENT**

_____

MARCUS EDWARD SERNEL, Kirkland & Ellis LLP, Chicago, IL, argued for appellant.  Also represented by GREG MATTHEW POLINS.

KATHRYN E. NOLL, Sunstein LLP, Boston, MA, argued for appellee.  Also represented by LISA M. TITTEMORE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, BRYSON, and STARK, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>June 9, 2023</u>  <u>/s/ Jarrett B. Perlow</u>
Date     Jarrett B. Perlow
      Acting Clerk of Court